# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is **15260 Ventura Boulevard, Suite 2250, Sherman Oaks, California, 91403**.

On **July 19, 2010** I served the foregoing document(s) described as **"PLAINTIFF MICHEAL MEYER'S EX PARTE APPLICATION TO (1) BY 90 -DAYS THE CLASS CERTIFICATION BRIEFING SCHEDULE; AND (2) MODIFY THE CLASS CERTIFICATION BRIEFING SCHEDULE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF WILLIAM E. HARRIS AND CORRESPONDING EXHIBITS IN SUPPORT THEREOF"** ON PARTIES OF RELATED CASE *Torres, et al. v. Lowe's HIW Inc.,* by placing
[ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as follows:

Richard Burch, Esq.
Bruckner Burch PLLC
1415 Louisiana, Suite 2125
Houston, Texas 77002

Michael Josephson, Esq.
Fibich, Hampton & Leebron, LLP
Five Houston Center
1401 McKinney, Suite 1800
Houston, TX 77010

On the above date:

[x] **(BY OVERNIGHT EXPRESS)** The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with Harris & Kaufman's practice for collection and processing of documents for mailing with the United States Postal Service and that the documents are deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business. I deposited the sealed envelope in a box or other facility regularly maintained by the express service carrier or delivered the sealed envelope to an authorized carrier or driver authorized by the express carrier to receive documents.

[x] BY EMAIL TO Michael Josephson at mjosephson@FHL-LAM.com and Richard Burch at rburch@brucknerburch.com.

[ ] **(BY U.S. MAIL)** The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with Harris & Kaufman's practice for collection and processing of documents for mailing with the United States Postal Service and that the documents are deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business. I deposited the sealed envelope in a box or other facility regularly maintained by the express service carrier or delivered the sealed envelope to an authorized carrier or driver authorized by the express carrier to receive documents.

[X] **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 8, 2010 at Sherman Oaks, California.

Jon Ramone