Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL MEYER, an individual, on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S HIW, INC., a Washington Corporation; and DOES 1 through 50 inclusive,<br><br>    Defendants. | CASE NO.:  CV 09-06962 DDP (RZx)<br>CASE NO.:  CV 09-08354 DDP (RZx)<br><br>**CLASS ACTION**<br><br>**ORDER TO CONSOLIDATE ACTIONS FOR SETTLEMENT PURPOSES** |
| ZACHARY TORRES and ALEX CARDENAS, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOWE'S HIW, INC. and DOES 1-10, inclusive,<br><br>    Defendants. | |

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

# ORDER

The Court has reviewed the Stipulation By All Parties to Consolidate Actions for Settlement Purposes.

Good cause is hereby shown, and **IT IS HEREBY ORDERED** that *Torres et al. v. Lowe's HIW, Inc.*, Case No. CV09-08354 DDP (RZx), and *Meyer v. Lowe's HIW, Inc.*, Case No. CV09-06962 DDP (RZx), be consolidated for settlement purposes.

IT IS SO ORDERED.

Dated:  November 29, 2010

_____
Dean D. Pregerson
United States District Judge