UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-06962 DDP (RZx) | Date | March 28, 2011 |
| Title | MICHAEL MEYER, an individual, on behalf of all others similarly situated -V- LOWE'S HIW, INC., a Washington corporation | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   MINUTE ORDER (IN CHAMBERS)

    The Court notes a NOTICE OF MOTION AND MOTION FOR SETTLEMENT APPROVAL OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT FILED BY PLAINTIFFS (docket number 59) was filed in a related case CV 09-08354 DDP (RZx).

    The Court's forthcoming order on the motion listed above will also apply to this case.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |