UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-06962 DDP (RZx) | Date | March 28, 2011 |
| Title | MICHAEL MEYER, an individual, on behalf of all others similarly situated -V- LOWE'S HIW, INC., a Washington corporation | | |

Present: The Honorable  DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William E. Harris | Philip J. Eskenazi |

Proceedings:

STATUS CONFERENCE RE: MOTION FOR SETTLEMENT APPROVAL FILED IN CASE NUMBER CV 09-08354 DDP (RZx)

Court and counsel confer as reflected on the record.

|  | 0 0 | : | 07 |
|---|---|---|---|
|  | Initials of Preparer |  | JAC |